**Motion Granted; Order filed October 2, 2012.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-12-00608-CV

———————

## IN RE ALTERRA EXCESS & SURPLUS INSURANCE COMPANY F/K/A MAX SPECIALTY INSURANCE COMPANY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-58047**

---

## O R D E R

On September 21, 2012, the parties notified this court that the parties had reached an agreement to settle the issues in this original proceeding, and requested abatement of the proceeding for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The original proceeding is abated, treated as a closed case, and removed from this court's active docket until December 3, 2012. The proceeding will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the proceeding or other dispositive motion. The court will also consider an appropriate

motion to reinstate filed by either party, or the court may reinstate the proceeding on its own motion.


PER CURIAM